UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------x

In re: BAYCOL PRODUCT LITIGATION

MDL No. 1431

01cv2411 MJD

**This Document Also Relates to:**

ELIAS-VECCHIONE v. BAYER CORPORATION, et al.

Civil Action No. 01-1606
W.D. Pa.

---------------------------------------------------------x

**ORDER OF COURT**

Upon consideration of the foregoing Stipulation for Dismissal, the foregoing matter is hereby dismissed without prejudice. Each party to bear their own costs.

Michael J. Davis
Michael J. Davis
United States District Court Judge
August 26, 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------x

In re: BAYCOL PRODUCT LITIGATION

MDL No. 1431
01cv2411 MJD

**This Document Also Relates to:**

ELIAS-VECCHIONE v. BAYER CORPORATION, et al.

Civil Action No. 01-1606
W.D. Pa.

---------------------------------------------------x

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The parties hereby stipulate to the voluntary dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(ii). The parties shall each bear their own costs.

Dated: August 14, 2002.

George G. Mahfood
Florida Bar No. 77356
**Leesfield Leighton Rubio Mahfood & Boyers, P.A.**
2350 South Dixie Highway
Miami, Florida 33133
Telephone: (305) 854-4900

James W. Mizgala
**Sidley Austin Brown & Wood**
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

AUG 19 2002

FILED AUG 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK